# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLAN B. NEWTON,** | : | CIVIL ACTION NO. 3:16-CV-1887 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A. BERRYHILL,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 19th day of June 2018, upon consideration of Plaintiff's Motion (Doc. 21) for Attorney's Fees and Defendant's Response, it is hereby, ORDERED that Plaintiff, Allan B. Newton, is awarded Four Thousand Eight Hundred Sixty-nine dollars and Seventy-five cents ($4,869.75) in attorney fees under the Equal Access to Justice Act ("EAJA"). The attorney's fees will be paid directly to Plaintiff, Allan B. Newton, and sent to the law offices of Plaintiff's counsel, Thomas D. Sutton, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania