# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLAN B. NEWTON,** | : | **CIVIL ACTION NO. 3:16-CV-1887** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **NANCY A. BERRYHILL, Acting Commissioner of Social Security,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 21st day of June, 2018, upon consideration of plaintiff's unopposed motion (Doc. 25) to vacate motion for and order granting attorney's fees, it is hereby ORDERED that plaintiff's motion (Doc. 25) is GRANTED and the court's order (Doc. 24) granting plaintiff's motion for $4,869.75 in attorney's fees is VACATED.

                                           /S/ CHRISTOPHER C. CONNER
                                           Christopher C. Conner, Chief Judge
                                           United States District Court
                                           Middle District of Pennsylvania